IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| OMAR DIOUF, | * |
| Petitioner, | * |
| v. | Case No. 4:26-cv-88-CDL-CHW |
| | * |
| Warden, STEWART DETENTION CENTER, | |
| | * |
| Respondent. | |
| _____ | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated January 27, 2026, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Petitioner.

This 27th day of January, 2026.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk